IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CRIM. NO. 12-00034-CG |
| | ) | |
| CLARENCE DEVON COX, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause is before the court on the Defendant's motion for psychological examination.   (Doc. 19) and the parties' joint response to the Court's Order of June 19, 2012 (Doc. 24).

The defendant's motion for a psychological examination is filed pursuant to 18 U.S.C. § 4241.   The court, having considered the motion and the premises therefor finds that the motion is due to be granted.

It is therefore **ORDERED** that the defendant, CLARENCE DEVON COX , be transferred to a facility designated by the Bureau of Prisons, for an examination as promptly as possible, but not to exceed forty-five (45) days, for a determination of the mental competency of the defendant as to whether or not the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense..

The determination shall be made by at least one qualified psychiatrist or

psychologist pursuant to 18 U.S.C. §§ 4241 and 4247.   This examination should begin immediately upon the defendant reaching the designated facility.

Within fifteen (15) days of the last date of examination, the examining psychiatrist or psychologist shall submit a written report to this court comporting with 18 U.S.C. § 4247(c), containing his/her findings as to the mental competency of the defendant in accordance with this order.   Copies of the report shall be provided to the Assistant United States Attorney and to defense counsel.

Counsel are directed to provide those conducting the examination with all information in their possession concerning the defendant, his offense, and his mental condition.

The trial date will be reset once matters related to competency have been concluded.   The Clerk is directed to terminate the motion pending at Docket entry 22.

**DONE and ORDERED** this 25th day of June, 2012.

/s/   Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE